NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Serial No. 09/677,401)

## IN RE K. JON KERN, JOSEPH BIRD, and BROOKE HARTMAN

2010-1237

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Upon consideration of the appellants' motion for a 60-day extension of time to file their opening brief,

IT IS ORDERED THAT:

The motion is granted. The appellants' brief is due on or before September 7, 2010. No further extensions should be anticipated.

FOR THE COURT

JUN 2 8 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Reed R. Heimbecher, Esq.
    Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 8 2010

JAN HORBALY
CLERK